# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>GAROFALO, *et al.*,<br><br>        Defendants. | 2:16-cv-01889-GMN-VCF<br>**ORDER** |

On September 25, 2017, the Court ordered Plaintiff to pay the complete filing fee by October 27, 2017. (ECF No. 33). Johnson has paid $350 towards the filing fee. A civil filing fee in federal court is $350 filing fee plus $50 administrative fee. The fee schedule is posted on the court's website. Given that Johnson is incarcerated with limited access to the internet and the Order (ECF No. 33) only states "the complete filing fee" and not the actual amount of $400, the $50 administrative fee is waived.

IT IS SO ORDERED.

DATED this 25th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE