# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>      Plaintiff,<br><br>vs.<br><br>GAROFALO, *et al.*,<br><br>      Defendants. | 2:16-cv-01889-GMN-VCF<br>**ORDER** |

The Motion to Dismiss (ECF No. 47) is still pending.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for June 11, 2018 is VACATED and RESCHEDULED to 11:00 AM, December 11, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that discovery is stayed until December 11, 2018. In the event a ruling on the Motion to Dismiss (ECF No. 47) does not resolve this case in its entirety, the Court will enter a new discovery plan and scheduling order.

IT IS FURTHER ORDERED that defense counsel arrange for transportation of Plaintiff Johnson to and from the hearing.

DATED this 7th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE