**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| LAUSTEVEION JOHNSON, | |
| Plaintiff, | |
| vs. | 2:16-cv-01889-GMN-VCF |
| GAROFALO, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is *Lausteveion Johnson v. Garofalo, et al.*, case number 2:16-cv-01889-GMN-VCF. Considering the decision of the motion to dismiss (ECF NO. 88) and that Plaintiff's claims against the NDOC Defendants remain, IT IS HEREBY ORDERED that the status hearing scheduled for December 11, 2018 at 11:00 AM, is VACATED.

Pursuant to Local Rule 16-1(b), "in actions by or on behalf of inmates under 42 U.S.C. § 1983 …no discovery plan is required," rather "a scheduling order [is] entered within thirty (30) days after the first defendant answers or otherwise appears." This is an action brought under 42 U.S.C. § 1983.

IT IS FURTHER ORDERED that the following discovery plan and scheduling order apply:

1. DISCOVERY: Pursuant to LR 16-1(b), discovery in this action shall be completed on or before **June 5, 2019**.

2. Any and all pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed and served not later than **March 7, 2019**. Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

3. Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are allowed without leave of court, or motions for leave to amend, shall comply with LR 15-1 and shall be filed and served not later than **March 7, 2019**.

4. Expert disclosures shall be made on or before **April 8, 2019**, and the disclosures of rebuttal experts shall be made on or before **May 8, 2019**.

5. Dispositive Motions shall be filed and served no later than **July 5, 2019**.

6. The Joint Pretrial Order is due by **August 5, 2019**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

7. The Interim Status Report must be filed or before **April 8, 2019**.

8. EXTENSIONS OF DISCOVERY: Pursuant to LR 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause. All motions or stipulations to extend discovery shall be received by the Court at least twenty-one (21) days prior to the date fixed for completion of discovery by this Scheduling Order, or at least twenty-one (21) days prior to the expiration of any extension thereof that may have been approved by the Court. The motion or stipulation shall include:

(a) A statement specifying the discovery completed by the parties of the date of the motion or stipulation;

(b) A specific description of the discovery which remains to be completed;

(c) The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

(d) A proposed schedule for the completion of all remaining discovery.

DATED this 7th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE