# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>GAROFALO, *et al.*,<br><br>        Defendants. | 2:16-cv-01889-GMN-VCF<br>**<u>ORDER</u>** |

The court has set this matter for a settlement conference on November 22, 2019, at 10:00 AM.

Accordingly,

IT IS HEREBY ORDERED that the Attorney General's Office will arrange for the transportation of Plaintiff Johnson to and from the settlement conference.

DATED this 25th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE