# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LAUSTEVEION JOHNSON,

    Plaintiff,

vs.

GAROFALO, *et al.*,

    Defendants.

2:16-cv-01889-GMN-VCF

**ORDER**

Before the court is the Parole Board Defendants' Motion to Continue Settlement Conference (ECF No. 157).

Tort Claims Manager, Nancy Katafias, is not available on November 22, 2019.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Parole Board Defendants' Motion to Continue Settlement Conference (ECF No. 157) is GRANTED.

IT IS FURTHER ORDERED that the settlement conference scheduled for November 22, 2019, is VACATED, and RESCHEDULED to 10:00 AM, January 17, 2020. The confidential statement is due by 4:00 PM, January 10, 2020. All else as stated in the order (ECF NO. 153) scheduling the settlement conference remains unchanged.

IT IS FURTHER ORDERED that the Attorney General's Office will arrange for the transportation of Plaintiff Johnson to and from the settlement conference.

DATED this 6th day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE