# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LAUSTEVEION JOHNSON,

    Plaintiff,

vs.

GAROFALO, *et al.*,

    Defendants.

2:16-cv-01889-GMN-VCF

**ORDER GRANTING AND ISSUSING RELATED BRIEFING SCHEDULE**

Before the court is the Application for Limited Appearance for Settlement Conference (ECF NO. 162).

Accordingly,

IT IS HEREBY ORDERED that the Application for Limited Appearance for Settlement Conference (ECF NO. 162) is GRANTED.

IT IS FURTHER ORDERED that any opposition to the Motion to Excuse Personal Appearance of Defendants Connie S. Bisbee, Lucille Monterde, Michael Keeler and Darla Foley (ECF NO. 163) must be filed on or before December 11, 2019.

IT IS FURTHER ORDERED that Plaintiff may file a supplemental response to the Motion to Excuse Personal Appearance of Defendants Catherine Cortez-Masto, Adam Laxalt, Brian Sandoval, James Dzurenda, Howard Skolnik, and James Cox (ECF NO. 161), on or before December 11, 2019.

DATED this 4th day of December, 2019.

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE