# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LAUSTEVEION JOHNSON,

    Plaintiff,

vs.

GAROFALO, *et al.*,

    Defendants.

2:16-cv-01889-GMN-VCF

**ORDER**

Before the court are NDOC Defendants' Motion for Clarification (ECF NO. 174) and Status Report (ECF NO. 175).

Accordingly,

IT IS HEREBY ORDERED that the settlement conference will go forward at 10:00 AM, January 17, 2020.

IT IS FURTHER ORDERED that the Attorney General's Office will arrange for the transportation of Plaintiff to and from the settlement conference.

IT IS FURTHER ORDERED that the following must attend the settlement conference:

1. Lausteveion Johnson – Plaintiff;

2. Travis Barrick, Esq. – counsel for Plaintiff in case 2:16-cv-01889-GMN-GWF;

3. Renee Cooper, Esq. – counsel for Plaintiff in case 2:15-cv-00884-JAD-NJK (if Ms. Cooper is not able to attend, Mr. Barrick must have settlement authority in case number 2:15-cv-00884-JAD-NJK.);

4. DAG Matthew Feeley – counsel for "NDOC Defendants";

5. DAG Adam Honey – counsel for "Parole Board Defendants";

6. Nancy Katafias – Nevada State Tort Claims Manager;

7. Associate Warden Monique Hubbard-Pickett – NDOC Representative;

8. Christopher DeRicco – Parole Board Chairman.

DATED this 14th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE