# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

        Plaintiff,

vs.

GAROFALO, *et al.*,

        Defendants.

Case No.: 2:16-cv-01889-GMN-DJA

**ORDER**

      Pending before the Court is the parties' Proposed Joint Pretrial Order, (ECF No. 185). The proposed order does not comport with LR 16-4 of the District of Nevada's Local Rules of Practice. Specifically, the parties omit a section titled "Action by the Court." Based on the foregoing, the Court rejects the Proposed Joint Pretrial Order, (ECF No. 185), as deficient.

      Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall have until April 24, 2020, to file a new proposed joint pretrial order in accordance with LR 16-4.

      **DATED** this __14__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court