# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

        Plaintiff,

vs.

BRIAN WILLIAMS,

        Defendant.

Case No.: 2:16-cv-01889-GMN-DJA

**ORDER**

This case is set for a Master Trial Calendar Scheduling Conference on Monday, September 28, 2020, at 9:30 a.m in Courtroom 6D before Judge Jennifer A Dorsey. Plaintiff Lausteveion Johnson, who is in custody at the Southern Desert Correctional Center, needs to make an appearance at this hearing.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Lausteveion Johnson shall call the Court's conference line[1] no later than 9:25 a.m. on Monday, September 28, 2020, for the purpose of appearing telephonically at the Master Trial Calendar Scheduling Conference.

**DATED** this 23rd day of September, 2020.

_____
Gloria M. Navarro, Chief Judge
United States District Court

---

[1] The Court has separately provided the conference call phone number and passcode to the Southern Desert Correctional Center.