UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS,<br><br>Defendant. | Case No. 2:16-cv-01889-GMN-DJA<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR LAUSTEVEION JOHNSON, #82138 |
|---|---|

The Court has scheduled a hearing,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Testificandum issue out of this Court, directing the production of the body of **LAUSTEVEION JOHNSON,** #82138**,** before United States District Judge Gloria M. Navarro at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Tuesday, October 13, 2020, at the hour of 9:00 a.m., for a hearing and any further proceedings and from time to time and day to day thereafter, until excused by the Curt.

DATED: **September 24, 2020.**

_____
**GLORIA M. NAVARRO
JUDGE, U.S. DISTRICT COURT**