# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | ) |
| Plaintiff, | ) Case No.: 2:16-cv-01889-GMN-DJA |
| vs. | ) |
| BRIAN WILLIAMS, | ) **ORDER TO TRANSPORT PLAINTIFF** |
| | ) **LAUSTEVEION JOHNSON, # 82138** |
| Defendant. | ) |

The jury trial in this case is scheduled to commence on either Monday, October 19, 2020, at 8:30 a.m. or on Monday, October 26, 2020, at 8:30 a.m. Mr. Johnson's trial is currently scheduled to start on October 26, 2020, at 8:30 a.m. However, given the fact that the Court is stacking trials, Mr. Johnson's trial start date may be advanced to October 19, 2020, at 8:30 a.m. The Court will advise the parties as soon as possible should the trial date need to be advanced.

Accordingly,

**IT IS HEREBY ORDERED** that the Nevada Department of Corrections will transport inmate Lausteveion Johnson, NDOC #82138, to the Lloyd D. George Federal Courthouse, 333 S. Las Vegas Blvd., Las Vegas, Nevada, to personally attend the calendar call scheduled to commence on Tuesday, October 13, 2020, at 9:00 a.m. in Courtroom 7D.

**IT IS FURTHER ORDERED** that the Nevada Department of Corrections will transport inmate Lausteveion Johnson, NDOC #82138, to the Lloyd D. George Federal Courthouse, 333 S. Las Vegas Blvd., Las Vegas, Nevada, to personally attend the trial scheduled to commence on either Monday, October 19, 2020, at 8:30 a.m. or on Monday, October 26, 2020, at 8:30 a.m. in Courtroom 4B.

///

**IT IS FURTHER ORDERED** that the Nevada Department of Corrections will transport Mr. Johnson to court daily until the trial is completed. The parties anticipate trial will last 3 - 5 days.

**IT IS FURTHER ORDERED** that the Nevada Department of Corrections will test Mr. Johnson for COVID-19 no later than October 12, 2020 and report the results of that test to the Court's Courtroom Deputy, Aaron Blazevich, at aaron_blazevich@nvd.uscourts.gov.

**IT IS FURTHER ORDERED** that upon completion of the COVID-19 test, that the Nevada Department of Corrections will immediately isolate Mr. Johnson from others and keep him in isolation through the pendency of the trial except to travel to and from court for the trial proceedings.

**IT IS FURTHER ORDERED** the Clerk of Court to provide a copy of this order to the United States Marshal's Las Vegas office.

**DATED** this 30th day of September, 2020.

_____
Gloria M. Navarro, Judge
United States District Court